AO 247 (NC/W 03/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>KERR LEIGH DICKSON<br><br>Date of Previous Judgment: August 9, 2004<br>(Use Date of Last Amended Judgment if Applicable) | Case No: 5:03CR11<br>USM No: 19295-058<br>Janna Allison<br>Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __130 (Ct. 3)__ months **is reduced to** __120 months (Ct. 3)__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: 27            Amended Offense Level: 25
Criminal History Category: VI         Criminal History Category: VI
Previous Guideline Range: 130 to 162 months     Amended Guideline Range: 120 to 137 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❒ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): The previous term of imprisonment imposed represented the low end of the guideline range and above the statutory mandatory minimum; however, further reductions are limited by the statutorily required minimum sentence of 120 months in Count Three.

**III. ADDITIONAL COMMENTS**

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __August 9, 2004,__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: March 3, 2010

Effective Date: March 3, 2010
(if different from order date)

Richard L. Voorhees
United States District Judge